MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Rodolfo Torres-Galvan

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RODOLFO TORRES-GALVAN,<br><br>        Defendants. | CASE NO. 1:18-CR-00158 DAD<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: May 13, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. DALE A. DROZD |

**STIPULATION**

COMES NOW, Defendant, Rodolfo Torres-Galvan, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday April 29, 2019.

2. By this stipulation, defendants now move to vacate the sentencing and set this matter for sentencing on May 13, 2019 at 10:00 a.m. before the Honorable Dale A. Drozd, and to exclude time between the date of this stipulation and May 13, 2019 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

a. Counsel for Mr. Torres-Galvan needs additional time to discuss the final presentence investigation report with her client and prepare a sentencing memorandum on her client's behalf.

b. The government does not object to, and agrees with, the requested continuance.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to May 13, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: April 24, 2019

        /s/ Monica L. Bermudez
        MONICA L. BERMUDEZ
        Counsel for Defendant
        RODOLFO TORRES-GALVAN

DATED: April 24, 2019

        /s/Karen Escobar
        KAREN ESCOBAR
        Assistant United States Attorney

**O R D E R**

The sentencing hearing currently scheduled for April 29, 2019 is continued to May 13, 2019 at 10:00 am.

IT IS SO ORDERED.

Dated: **April 25, 2019**

_____
UNITED STATES DISTRICT JUDGE

3